# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 383 WAL 2015
                                       :
            Respondent            :
                                       :  Petition for Allowance of Appeal from
                                       :  the Order of the Superior Court
           v.                   :
                                       :
                                     :
GREGORY ALAN SMITH,            :
                                     :
            Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.